UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:11-CR-1062 |
| | § | |
| ASCENCION HURTADO-CRUZ | § | |

## ORDER

Before the Court is Defendant Ascension Hurtado-Cruz' motion for early release received by the Clerk on February 24, 2014. (D.E. 43). For the reasons stated herein, the motion is DENIED.

Hurtado-Cruz was sentenced in February 2012 to 46 months imprisonment for Illegal Reentry. He now seeks early release pursuant to 18 U.S.C. § 3624 which he claims includes a provision to release older nonviolent offenders. An amendment to § 3624 was offered in the House of Representatives (HR 62) in 2013 to enact such a provision, but the amendment was referred to committee and did not pass the House.[1] The current statute does not make provision for early release for older non-violent offenders.

Hurtado-Cruz' motion (D.E. 43) is DENIED.

ORDERED this 28th day of February, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

---

[1] Bill Summary and Status, 113th Congress, found at http://thomas.loc.gov/cgi-bin/thomas; last reviewed February 27, 2014.